FIDELITY UNION TRUST COMPANY, as trustee, &c., complainant-appellant,

*v.*

JOHN A. MATTHEWS, individually and as executor, &c., et al., defendants-respondents.

[Decided December 12th, 1940.]

*Messrs. Hood, Lafferty & Campbell,* for the appellant.

*Messrs. Seymour & Seymour,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the Court of Chancery by Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—PARKER, CASE, JJ. 2.